United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 15-04791-MDF
Jon Robert Siennick                                                 Chapter 13
Elomar Leano Harder-Siennick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Jan 11, 2017
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
4760127          BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:
          Barbara Ann Fein    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for
           The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
           the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIE JulieP@lobaf.com,
           lawofficeofbarbarafein@gmail.com
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Joint Debtor Elomar Leano Harder-Siennick DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Dorothy L Mott    on behalf of Debtor Jon Robert Siennick DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Joint Debtor Elomar Leano Harder-Siennick
           karagendronecf@gmail.com,   doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Debtor Jon Robert Siennick karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          Martin A Mooney    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-3 by its servicer Specialized Loan Servicing LLC tshariff@schillerknapp.com,
           tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
          Recovery Management Systems Corporation    claims@recoverycorp.com
          Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-04791-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Jon Robert Siennick
1909 Crums Mill Road
Harrisburg PA 17110

Elomar Leano Harder-Siennick
1909 Crums Mill Road
Harrisburg PA 17110

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/10/2017.

Name and Address of Alleged Transferor(s):

Claim No. 19: BANK OF AMERICA, N.A., P.O. Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/13/17

Terrence S. Miller
**CLERK OF THE COURT**