Certificate Number: 13858-PAM-DE-033914619

Bankruptcy Case Number: 15-04791



13858-PAM-DE-033914619

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2020, at 9:36 o'clock PM EST, Jon Siennick completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 6, 2020

By: /s/Victoria Tzitzis

Name: Victoria Tzitzis

Title: Counselor

Certificate Number: 13858-PAM-DE-033914620

Bankruptcy Case Number: 15-04791



13858-PAM-DE-033914620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2020, at 9:36 o'clock PM EST, Elomar Harder-Siennick completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 6, 2020   By: /s/Victoria Tzitzis

Name: Victoria Tzitzis

Title: Counselor