```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 15-04791-HWV
Jon Robert Siennick                                                 Chapter 13
Elomar Leano Harder-Siennick
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke             Page 1 of 4            Date Rcvd: Jul 08, 2020
                             Form ID: 3180W              Total Noticed: 105
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.

```
db/jdb       +Jon Robert Siennick,    Elomar Leano Harder-Siennick,    1909 Crums Mill Road,
              Harrisburg, PA 17110-3640
cr           +Carrington Mortgage Services, LLC, its assignees a,    c/o Prober & Raphael, A Law Corporation,
              20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
cr           +Specialized Loan Servicing LLC, as servicing agent,    8742 Lucent Boulevard,    Suite 300,
              Highland Ranch, CO 80129-2386
cr           +The Bank of New York Mellon fka The Bank of New Yo,    14841 Dallas Parkway, Suite 300,
              DALLAS, TX 75254-7883
4718596      +ALTERN RECOV,    7373 UNIVERSITY AVE STE 209,    LA MESA, CA 91942-0524
4718598      +AP ACCOUNT SERVICES, LLC,    PO BOX 692365,    SAN ANTONIO, TX 78269-2365
4758777      +ARCADIA RECOVERY BUREAU INC,    PO BOX 6768,    WYOMISSING, PA 19610-0768
4718604      +BRUCE R DIETMAN,    1330 N MOUNTAIN ROAD,    HARRISBURG, PA 17112-1756
4718605       BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4718611      +CBE GROUP CORPORATE ADDRESS,    131 TOWER PARK DRIVE, STE 100,    WATERLOO, IA 50701-9374
4718616       COMMONWEALTH OF PA,    DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAX,    DEPT 280431,
              HARRISBURG, PA 17128-0431
4718617       COMPUTER CREDIT INC,    CLAIM DEPT 72657,    640 W FOURTH STREET,    PO BOX 5238,
              WINSTON-SALEM, NC 27113-5238
4872374      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4872375      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
              Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
5298314      +Carrington Mortgage Services, LLC,    c/o Kristen D. Little, Esquire,    Shapiro & DeNardo, LLC,
              3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
4870999      +Carrington Mortgage Services, LLC, et al,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
              20750 Ventura Boulevard, Suite 100,    Woodland Hills, California 91364-6207
4718620      +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
4718656     ++DEPARTMENT OF LABOR & INDUSTRY,    ATTN OFFICE OF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
              HARRISBURG PA 17121-0751
             (address filed with court:   PA DEPT OF LABOR & INDUSTRY,    OFFICE OF CHIEF COUNSEL,
              651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121)
4718622       DIANE K BAIR, TAX COLLECTOR,    4919-C (REAR) JONESTOWN ROAD,    HARRISBURG, PA 17109
4718625      +DIVERSIFIED COLLECTION SVCS,    PO BOX 9046,    PLEASANTON, CA 94566-9046
4718626       DYNAMIC RECOVERY SOLUTIONS,    PO BOX 25759,    GREENVILLE, SC 29616-0759
4718628      +EOS CCA,    700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
4718631      +GLOBE LIFE AND ACCIDENT INSURANCE CO,    PO BOX 268937,    OKLAHOMA CITY, OK 73126-8937
4718632      +HAMILTON HEALTH CENTER,    110 S 17TH STREET,    Harrisburg, PA 17104-1123
4718634       HAYT HAYT & LANDAU,    MERIDIAN CTR I 2 IND WAY WEST,    PO BOX 500,    EATONTOWN, NJ 07724-0500
4718636      +HIGHLAND HILLS HOA OF POLK COUNTY, INC,    C/O A1A PROPERTY MGMT, RA,    1621 F EDGEWOOD DRIVE,
              LAKELAND, FL 33803-3365
4718641      +JOY POBLETE,    707 SOUTH OLD ALAMO ROAD,    EDINBURG, TX 78542-8025
4718642      +LEBANON VA MEDICAL CENTER,    1700 S LINCOLN AVENUE,    LEBANON, PA 17042-7597
4718644       MICHELLE A DELEON, ESQ,    QUINTAIROS, PRIETO, WOOD & BOYER PA,    255 S ORANGE AVENUE, STE 900,
              ORLANDO, FL 32801-3454
4718647       MSHMC PHYSICIANS GROUP,    BILLING SERVICES,    PO BOX 854,    HERSHEY, PA 17033-0854
4718648      +NATIONAL BENEFIT LIFE INSURANCE CO,    ONE COURT SQUARE,    LONG ISLAND CITY, NY 11120-0001
4718650      +NATIONWIDE CREDIT CORP,    5503 CHEROKEE AVE,    ALEXANDRIA, VA 22312-2307
4718651      +NCB MANAGEMENT SERVICES,    PO BOX 1099,    LANGHORNE, PA 19047-6099
4718652       NORA F BLAIR ESQ,    5440 JONESTOWN ROAD,    PO BOX 6216,    HARRISBURG, PA 17112-0216
4718653      +NORTHLAND GROUP INC,    PO BOX 390846,    MINNEAPOLIS, MN 55439-0846
4718654      +OAKWOOD RADIATION CENTER,    OAKWOOD BREAST CENTER,    880 CENTURY DRIVE,
              MECHANICSBURG, PA 17055-4375
4718657      +PINNACLE HEALTH HOSPITALS,    PO BOX 2353,    HARRISBURG, PA 17105-2353
4718660      +ROANOKE COUNTY DISTRICT COURT,    PO BOX 997,    SALEM, VA 24153-0997
4718663      +SCOTTS LAWN SERVICE,    1000 KREIDER STREET,    MIDDLETOWN, PA 17057-3113
4718664      +SOUTH CENTRAL EMS INC,    8065 ALLENTOWN BLVD,    HARRISBURG, PA 17112-9796
4718665      +SOUTH CENTRAL EMS, INC,    BILLING OFFICE,    PO BOX 726,    NEW CUMBERLAND, PA 17070-0726
4718666      +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD,    HIGHLANDS RANCH, CO 80129-2386
4718668      +STATE COLLS,    2509 S STOUGHTON ROAD,    MADISON, WI 53716-3314
4718669      +SUSQUEHANNA BANK,    9 E MAIN STREET,    LITITZ, PA 17543-1926
4718670      +SUSQUEHANNA HEALTH SYST,    700 HIGH STREET,    WILLIAMSPORT, PA 17701-3100
4718673      #THE JOHNS HOPKINS HOSPITAL,    PO BOX 11756,    NEWARK, NJ 07101-4756
4718674      +THE JOHNS HOPKINS UNIVERSITY,    CLINICAL PRACTICE ASSOC,    PO BOX 64896,
              BALTIMORE, MD 21264-4896
4730635       TMSHMC PHYSICIANS,    PO BOX 854,    HERSHEY, PA 17033-0854
4718676      +TRISTAN ASSOCIATES,    4520 UNION DEPOSIT RD,    HARRISBURG, PA 17111-2910
4739577      +The Bank of New York Mellon, Trustee (See 410),    C/O Specialized Loan Servicing, LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4718677      +UNITED COLLECTION BUR INC,    5620 SOUTHWYCK BLVD STE 206,    TOLEDO, OH 43614-1501
4718678      +US ASSET MANAGEMENT INC,    700 LONGWATER DRIVE,    NORWELL, MA 02061-1624
4718679      +US DEPT VETS,    PO BOX 11930,    SAINT PAUL, MN 55111-0930
4718680      +VA MORTGAGE GUARANTEE,    DEPT VETS AFFAIRS, REGIONAL LOAN CENTER,    1240 EAST NINTH STREET,
              CLEVELAND, OH 44199-9904
4718683       VITAL RECOVERY SERVICES, INC,    PO BOX 923748,    ATLANTA, GA 30010-3748
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4718593         E-mail/Text: rperez@arcadiarecovery.com Jul 08 2020 19:37:52    ACCOUNTS RECOVERY BUREAU INC,
                 645 PENN ST STE 400,    READING, PA 19601-3559
4718594        +EDI: LTDFINANCIAL.COM Jul 08 2020 23:38:00    ADVANTAGE ASSETS II INC,
                 7322 SOUTHWEST FREEWAY STE 1600,    HOUSTON, TX 77074-2134
4718595         EDI: AFNIRECOVERY.COM Jul 08 2020 23:38:00    AFNI INC,    404 BROCK DRIVE,    PO BOX 3097,
                 BLOOMINGTON, IL 61702-3097
4718597         EDI: HNDA.COM Jul 08 2020 23:38:00    AMERICAN HONDA FINANCE (p),    BANKRUPTCY  DEPT,
                 PO BOX 168088,    IRVING, TX 75016-8088
4718599        +EDI: ARSN.COM Jul 08 2020 23:38:00    ARS NATIONAL SERVICES, INC,    PO BOX 463023,
                 ESCONDIDO, CA 92046-3023
4718600        +EDI: ARSN.COM Jul 08 2020 23:38:00    ARS NATIONAL SERVICES, INC,    PO BOX 469046,
                 ESCONDIDO, CA 92046-9046
4718601         E-mail/Text: bankruptcynotice@aspendental.com Jul 08 2020 19:37:39    ASPEN DENTAL,
                 4265 UNION DEPOSIT ROAD,    HARRISBURG, PA 17111
4718602         EDI: ARSN.COM Jul 08 2020 23:38:00    ASSOCIATED RECOVERY SYST,    PO BOX 469048,
                 ESCONDIDO, CA 92046-9048
4723329         EDI: AIS.COM Jul 08 2020 23:38:00    American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4736624         EDI: AIS.COM Jul 08 2020 23:38:00    American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
4718603         EDI: BANKAMER.COM Jul 08 2020 23:38:00    BANK OF AMERICA HOME LOANS,    CUSTOMER SERVICE,
                 PO BOX 5170,    SIMI VALLEY, CA 93062-5170
4760127         EDI: BANKAMER.COM Jul 08 2020 23:38:00    BANK OF AMERICA, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
4718606         E-mail/Text: bankruptcy@usecapital.com Jul 08 2020 19:38:07    CAPITAL ACCOUNTS,
                 PO BOX 140065,    NASHVILLE, TN 37214-0065
4718607         EDI: CAPITALONE.COM Jul 08 2020 23:38:00    CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4718610        +E-mail/Text: bankruptcy@cavps.com Jul 08 2020 19:37:54    CAVALRY PORTFOLIO SERVICES LLC (p),
                 500 SUMMIT LAKE DR, STE 400,    VALHALLA, NY 10595-2322
4718612        +E-mail/Text: nailda@centralcreditaudit.com Jul 08 2020 19:38:04    CENTRAL CREDIT AUDIT,
                 PO BOX 735,    SUNBURY, PA 17801-0735
4718613        +E-mail/Text: dehartstaff@pamd13trustee.com Jul 08 2020 19:37:56    CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4718614        +E-mail/Text: compliance@chaserec.com Jul 08 2020 19:38:02    CHASE RECEIVABLES,
                 1247 BROADWAY,    SONOMA, CA 95476-7503
4718615         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2020 19:37:47    COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4718618        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 08 2020 19:44:09    CREDITONE BANK,
                 PO BOX 98872,    LAS VEGAS, NV 89193-8872
4718619        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:08    CVILONGTRUST,
                 C/O RESURGENT CAPITAL SERVICES,    55 BEATTIE PLACE #110,    GREENVILLE, SC 29601-5115
4724183         EDI: CAPITALONE.COM Jul 08 2020 23:38:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
4872374        +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 08 2020 19:37:39
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4872375        +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 08 2020 19:37:39
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4719086        +E-mail/Text: bankruptcy@cavps.com Jul 08 2020 19:37:54    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4718621        +E-mail/Text: electronicbkydocs@nelnet.net Jul 08 2020 19:37:50    DEPTEDNELNET,
                 3015 PARKER ROAD,    AURORA, CO 80014-2904
4718623        +EDI: ESSL.COM Jul 08 2020 23:38:00    DISH NETWORK,    DEPT 0063,    PALATINE, IL 60055-0001
4718627        +E-mail/Text: bknotice@ercbpo.com Jul 08 2020 19:37:51    ENHANCED RECOVERY CORP,
                 8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
4718629        +E-mail/Text: Banko@frontlineas.com Jul 08 2020 19:38:05    FRONTLINE ASSET STRATEGIES,
                 2700 SNELLING AVENUE NORTH, STE 250,    SAINT PAUL, MN 55113-1783
4718630        +E-mail/Text: bankruptcy@affglo.com Jul 08 2020 19:37:50    GLOBAL CREDIT & COLLECTION CORP,
                 5440 N CUMBERLAND AVE, STE 300,    CHICAGO, IL 60656-1486
4718633        +EDI: PHINHARRIS Jul 08 2020 23:38:00    HARRIS & HARRIS, LTD,    111 W JACKSON BLVD, STE 400,
                 CHICAGO, IL 60604-4135
4718637        +EDI: HFC.COM Jul 08 2020 23:38:00    HSBC/BERGD,    PO BOX 9,    BUFFALO, NY 14240-0009
4718638         EDI: HFC.COM Jul 08 2020 23:38:00    HSBC/BOSCOV BILLING,    C/O HSBC BOSCOVS,    PO BOX 5226,
                 CAROL STREAM, IL 60197-5226
4718639         EDI: IRS.COM Jul 08 2020 23:38:00    INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4718643        +EDI: LTDFINANCIAL.COM Jul 08 2020 23:38:00    LTD FINANCIAL SERVICES,    7322 SOUTHWEST FREEWAY,
                 SUITE 1600,    HOUSTON, TX 77074-2134
4739278         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4720621         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 08 2020 19:44:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVI Loan GT Trust I,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4718646        +EDI: MID8.COM Jul 08 2020 23:38:00      MIDLAND FUNDING LLC,    8875 AERO DRIVE SUITE 200,
                 SAN DIEGO, CA 92123-2255
4718649        +E-mail/Text: Bankruptcies@nragroup.com Jul 08 2020 19:38:04      NATIONAL RECOVERY AGENCY,
                 PO BOX 67015,    HARRISBURG PA 17106-7015
4718655         EDI: AGFINANCE.COM Jul 08 2020 23:38:00      ONEMAIN FINANCIAL,    BANKRUPTCY DEPARTMENT,
                 PO BOX 6042,    SIOUX FALLS, SD 57117-6042
4718658        +E-mail/Text: bankruptcynotices@psecu.com Jul 08 2020 19:37:58      PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4723234         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 08 2020 19:37:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
4718661        +E-mail/Text: Supportservices@receivablesperformance.com Jul 08 2020 19:38:00      RPM,
                 20816 44th Ave W,    LYNNWOOD, WA 98036-7799
4720365         EDI: RECOVERYCORP.COM Jul 08 2020 23:38:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4718662         EDI: DRIV.COM Jul 08 2020 23:38:00      SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,
                 PO BOX 560284,    DALLAS, TX 75356-0284
4718671        +E-mail/Text: bankruptcynoticing@polktaxes.com Jul 08 2020 19:37:57
                 TAXING AUTHORITIES OF POLK COOUNTY,    PO BOX 1934,    BARTOW, FL 33831-1934
4718672        +EDI: CITICORP.COM Jul 08 2020 23:38:00      THD/CBNA,    PO BOX 6497,
                 SIOUX FALLS, SD 57117-6497
4718675        +E-mail/Text: bankruptcydepartment@tsico.com Jul 08 2020 19:38:00      TRANSWORLD SYSTEMS INC,
                 507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2308
4721278        +E-mail/Text: electronicbkydocs@nelnet.net Jul 08 2020 19:37:50      U.S. Department of Education,
                 C/O Nelnet,   3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
4718681         EDI: VERIZONCOMB.COM Jul 08 2020 23:38:00      VERIZON BANKRUPTCY ADMIN.-EAST,
                 500 TECHNOLOGY DRIVE STE 550,    SAINT CHARLES MO  63304-2225
4718682         EDI: VERIZONCOMB.COM Jul 08 2020 23:38:00      VERIZON BANKRUPTCY DEPT,
                 500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
4718684        +E-mail/Text: rmcbknotices@wm.com Jul 08 2020 19:37:59      WASTE MANAGEMENT,
                 4300 INDUSTRIAL PARK ROAD,    CAMP HILL, PA 17011-5749
                                                                                              TOTAL: 52

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,   Anaheim, CA 92806-5951
4718640*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4718645*        MICHELLE A DELEON, ESQ,    QUINTAIROS, PRIETO, WOOD & BOYER PA,    255 S ORANGE AVE, STE 900,
                 ORLANDO, FL 32801-3454
4718592       ##+A+ MASONRY RESTORATIONS LLC,   237 E ROSS STREET,    LANCASTER, PA 17602-1939
4718609       ##+CAPITAL TAX COLLECTION BUREAU,   HARRISBURG DIVISION,    2301 NORTH THIRD STREET,
                 HARRISBURG, PA 17110-1816
4718608       ##+CAPITAL TAX COLLECTION BUREAU,   2301 N THIRD STREET,    HARRISBURG, PA 17110-1893
4718624       ##+DITECH FINANCIAL LLC,   PO BOX 6172,    RAPID CITY, SD 57709-6172
4718635        ##HFC-USA,   PO BOX 1231,    BRANDON, FL 33509-1231
4718659       ##+RMS,   4836 BRECKSVILLE RD,    PO BOX 523,    RICHFIELD, OH 44286-0523
4718667       ##+ST THOMAS PROPERTIES,   6061 LINGLESTOWN ROAD,    HARRISBURG, PA 17112-1208
                                                                                 TOTALS: 0, * 3, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                       Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:

    Barbara Ann Fein   on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIE bfein@sanddlawyers.com, mhanford@sanddlawyers.com

    Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com

    Dorothy L Mott   on behalf of Debtor 2 Elomar Leano Harder-Siennick DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

    Dorothy L Mott   on behalf of Debtor 1 Jon Robert Siennick DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

    Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

    Kara Katherine Gendron   on behalf of Debtor 2 Elomar Leano Harder-Siennick karagendronecf@gmail.com, doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

    Kara Katherine Gendron   on behalf of Debtor 1 Jon Robert Siennick karagendronecf@gmail.com, doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

    Kristen D Little   on behalf of Creditor   Carrington Mortgage Services, LLC pabk@logs.com, klittle@logs.com

    Martin A Mooney   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-3 by its servicer Specialized Loan Servicing LLC kcollins@schillerknapp.com, lgadomski@schillerknapp.com

    Recovery Management Systems Corporation   claims@recoverycorp.com

    Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 12

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jon Robert Siennick <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1298 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Elomar Leano Harder–Siennick <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8513 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:15–bk–04791–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jon Robert Siennick                Elomar Leano Harder–Siennick

**By the court:**   *(signed)* Henry W. Van Eck

7/8/20

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                **Chapter 13 Discharge**                page 1

Case 1:15-bk-04791-HWV   Doc 59   Filed 07/10/20   Entered 07/11/20 00:32:09   Desc
Imaged Certificate of Notice   Page 5 of 6

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**