IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JON ROBERT SIENNICK | : | |
| ELOMAR LEANO HARDER-SIENNICK, | : | CASE NO. 1:15-bk-04791 |
|     Debtors | : | |
| | : | |
| JON ROBERT SIENNICK | : | |
| ELOMAR LEANO HARDER- | : | |
| SIENNICK, | : | |
|     Movants | : | |
| | : | |
|   v. | : | |
| | : | |
| ST THOMAS PROPERTIES, | : | |
|     Respondent | : | |

## AMENDED CERTIFICATE OF SERVICE

    I, Dorothy L. Mott, hereby certify that on July 17, 2020, I served a copy of the notice and Motion to Avoid Lien electronically or by placing the same in the United States Mail, First Class, postage pre-paid, addressed as follows:

CHARLES J DEHART, III ESQUIRE ( via ECF)

ST THOMAS PROPERTIES
240 DRY RUN ROAD
GRANTVILLE, PA 17028

                                                                 /s/ Dorothy L. Mott
                                                                 Dorothy L. Mott, Esquire
                                                                  Attorney ID #43568
                                                                  Mott & Gendron Law
                                                                  125 State Street
                                                                  Harrisburg, PA 17101
                                                                  (717) 232–6650 TEL
                                                                  (717) 232-0477 FAX
                                                                  doriemott@aol.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Chapter: 13

Jon Robert Siennick
Elomar Leano Harder-Siennick
Debtors

Case number: 1:15-bk-04791

Matter: Motion to Avoid Lien

Jon Robert Siennick
Elomar Leano Harder-Siennick
Movants

vs,
ST THOMAS PROPERTIES
Respondent

## AMENDED NOTICE

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection/response within twenty-one (21) days of the date of the notice. If you object to the relief requested, you must file your objection/response with the Clerk, U. S. Bankruptcy Court, 228 Walnut Street, Room 320, Harrisburg PA 17101 and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: July 17, 2020

Dorothy L Mott, Esquire
Attorney ID #43568
Mott & Gendron Law
125 State Street
Harrisburg PA 17101
(717)232-6650 TEL
(717)232-0477 FAX
doriemott@aol.com