# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JON ROBERT SIENNICK                         Case No.: 1-15-04791-HWV
ELOMAR LEANO HARDER-SIENNICK                Chapter 13
   Debtor(s)

---

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | CARRINGTON MORTGAGE SERVICES, LLC |
| Court Claim Number: | 19 |
| Last Four of Loan Number: | 1909 Crum Mill - PRE-ARREARS - 1567 |
| Property Address if applicable: | 1909 CRUMS MILL ROAD, , HARRISBURG, PA17110 |

| PART 2: | CURE AMOUNT | |
|---|---|---|
| TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE | | |
| a. | Allowed prepetition arrearages: | $1,121.41 |
| b. | Prepetition arrearages paid by the Trustee: | $1,121.41 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,121.41 |

| PART 3: | POST PETITION MORTGAGE PAYMENT |
|---|---|

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

| PART 4: | A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g) |
|---|---|

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 27, 2020                    Respectfully submitted,


                                        s/ Charles J. DeHart, III, Trustee
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  dehartstaff@pamd13trustee.com

Creditor Name: CARRINGTON MORTGAGE SERVICES, LLC
Court Claim Number: 19

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1162100 | 02/08/2017 | $16.07 | $0.00 | $16.07 |
| 5200 | 1163602 | 03/09/2017 | $191.48 | $0.00 | $191.48 |
| 5200 | 1165172 | 04/12/2017 | $287.22 | $0.00 | $287.22 |
| 5200 | 1166793 | 05/11/2017 | $191.47 | $0.00 | $191.47 |
| 5200 | 1168313 | 06/13/2017 | $191.48 | $0.00 | $191.48 |
| 5200 | 1169859 | 07/06/2017 | $191.48 | $0.00 | $191.48 |
| 5200 | 1171235 | 08/10/2017 | $52.21 | $0.00 | $52.21 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

JON ROBERT SIENNICK                         Case No.: 1-15-04791-HWV
ELOMAR LEANO HARDER-SIENNICK        Chapter 13
        Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 27, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

DOROTHY L MOTT LAW OFFICE, LLC          SERVED ELECTRONICALLY
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA,  17101-


CARRINGTON MORTGAGE                      SERVED BY 1ST CLASS MAIL
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA,  92806


JON ROBERT SIENNICK                      SERVED BY 1ST CLASS MAIL
ELOMAR LEANO HARDER-SIENNICK
1909 CRUMS MILL ROAD
HARRISBURG, PA  17110


I certify under penalty of perjury that the foregoing is true and correct.


Date: July 27, 2020                      s/   Donna Schott
                                         Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         Fax:  (717) 566-8313
                                         eMail:  dehartstaff@pamd13trustee.com