United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Jon Robert Siennick  
Elomar Leano Harder-Siennick  
    Debtors

Case No. 15-04791-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Aug 12, 2020  
Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
```
       +ST THOMAS PROPERTIES,    240 DRY RUN ROAD,    GRANTVILLE, PA 17028-8800
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4718667     ##+ST THOMAS PROPERTIES,   6061 LINGLESTOWN ROAD,   HARRISBURG, PA 17112-1208
                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:

    Barbara Ann Fein    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIE bfein@sanddlawyers.com, mhanford@sanddlawyers.com

    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com

    Dorothy L Mott    on behalf of Debtor 2 Elomar Leano Harder-Siennick DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

    Dorothy L Mott    on behalf of Debtor 1 Jon Robert Siennick DorieMott@aol.com, KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

    Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

    Kara Katherine Gendron    on behalf of Debtor 1 Jon Robert Siennick karagendronecf@gmail.com, doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

    Kara Katherine Gendron    on behalf of Debtor 2 Elomar Leano Harder-Siennick karagendronecf@gmail.com, doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

    Kristen D Little    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com, klittle@logs.com

    Martin A Mooney    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-3 by its servicer Specialized Loan Servicing LLC kcollins@schillerknapp.com, lgadomski@schillerknapp.com

    Recovery Management Systems Corporation    claims@recoverycorp.com

    Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

    TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JON ROBERT SIENNICK | : | |
| ELOMAR LEANO HARDER-SIENNICK, | : | CASE NO. 1:15-bk-04791 |
| Debtors | : | |
| | : | |
| JON ROBERT SIENNICK | : | |
| ELOMAR LEANO HARDER-SIENNICK, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| ST THOMAS PROPERTIES, | : | |
| Respondent | : | |

## O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby
ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of ST THOMAS PROPERTIES in the approximate amount of $6,261.60 entered in Dauphin County at docket number # 2013 CV 5586 be and hereby is avoided; it is further
ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Dauphin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: August 12, 2020         By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)