IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JON ROBERT SIENNICK | : | |
| | : | CASE NO. 1:15-bk-04791 |
| Debtor | : | |
| | : | |
| | : | |

**REQUEST FOR CERTIFIED DOCUMENT/ORDER**

COMES NOW the Debtor, by and through Kara K. Gendron, Esquire of Mott & Gendron Law, and hereby Requests that an electronic certified copy of the following document be email to the undersigned at the email address provided below.

Docket #63 Order Granting Motion to Avoid Lien of St Thomas Properties

        Respectfully submitted,

        /s/ Kara K. Gendron
        _____
        Kara K. Gendron, Esquire
        Attorney ID #: 87577
        Mott & Gendron Law
        125 State Street
        Harrisburg, PA 17101
        (717) 232–6650 TEL
        (717) 232-0477 FAX
        karagendron@gmail.com