United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 15-04791-HWV
Jon Robert Siennick  Chapter 13
Elomar Leano Harder-Siennick
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 05, 2021     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Jon Robert Siennick, Elomar Leano Harder-Siennick, 1909 Crums Mill Road, Harrisburg, PA 17110-3640

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

**Name**     **Email Address**

Barbara Ann Fein
    on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIE bfein@sanddlawyers.com, mhanford@sanddlawyers.com

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Dorothy L Mott
    on behalf of Debtor 2 Elomar Leano Harder-Siennick DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Dorothy L Mott
    on behalf of Debtor 1 Jon Robert Siennick DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Joshua I Goldman
 on behalf of Creditor BANK OF AMERICA N.A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Kara Katherine Gendron
 on behalf of Debtor 1 Jon Robert Siennick karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron
 on behalf of Debtor 2 Elomar Leano Harder-Siennick karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kristen D Little
 on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com

Martin A Mooney
 on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-3 by its servicer Specialized Loan Servicing LLC kcollins@schillerknapp.com, lgadomski@schillerknapp.com

Recovery Management Systems Corporation
 claims@recoverycorp.com

Thomas I Puleo
 on behalf of Creditor BANK OF AMERICA N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
 ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jon Robert Siennick, | Chapter 13 |
| **Debtor 1** | |
| Elomar Leano Harder−Siennick, | Case No. 1:15−bk−04791−HWV |
| **Debtor 2** | |

Social Security No.:
　　　　　　　　xxx−xx−1298　　　xxx−xx−8513

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 5, 2021

By the Court,

*[signature: Henry W. Van Eck]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

**fnldec** (10/20)